UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EVERETT JOHNSON, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 2:25-cv-00444-SRM-BFM<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

　　Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: JUNE 17 , 2025

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE